IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALPHONSO POWELL BOND,

    Plaintiff,

v.                                                            4:08cv335-WS

OFFICER KEITH SAWTELL,

    Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 24) docketed January 7, 2009. The magistrate judge recommends that the plaintiff's third amended complaint be dismissed for failure to state a claim. The plaintiff has filed objections (doc. 25) to the report and recommendation.

The court having considered the record in light of the plaintiff's objections, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 24) is ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED with prejudice for failure to state a claim.

4.  The clerk shall enter judgment of dismissal, noting on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this   30th   day of   January  , 2009.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE